IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **BARBARA FENDER,** | : |
| Plaintiff, | : |
| v. | : Civil Action No. 7:06-cv-108 |
| **CLINCH COUNTY, GEORGIA, LANIER COUNTY, GEORGIA, ATKINSON COUNTY, GEORGIA** operating as **TRI-COUNTY JOINT EMERGENCY 911 and TRI-COUNTY JOINT EMERGENCY 911,** | : |
| Defendants. | : |

## **ORDER**

On October 27, 2006, Plaintiff Barbara Fender ("Fender") filed a Complaint (Doc. 1) alleging Title VII claims. By Order dated November 7, 2006 (Doc. 3), the Court directed Fender to pay a partial filing fee of $100.00. In accordance with the Court's Order, Fender has paid the $100.00 fee. The Court, being unable to determine at this time whether said allegations are wholly without merit, will allow this action to go forward. A copy of the Complaint shall be served by the United States Marshal at this time.

**SO ORDERED**, this 16th day of January, 2007.

s/ Hugh Lawson
**HUGH LAWSON, JUDGE**

pdl